# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH N. THAMES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GARY H. KREPPEL, THE LAW OFFICES )<br>OF GARY H. KREPPEL, DONALD W. )<br>SEELEY, JR., CAPITAL ONE BANK, )<br>N.A., KENNETH C. WILSON, LUSTIG, )<br>GLASER, & WILSON, PORTFOLIO )<br>RECOVERY ASSOCIATES, LLC, )<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, EXPERIAN INFORMATION )<br>SOLUTIONS, INC., TRANS UNION, LLC, )<br>APRIL SURIN, NICHOLE SILVEIRA )<br>AND WESTERN SKY FINANCIAL, LLC, )<br>)<br>Defendants. )<br>)<br>) | CASE NO. 1:13-CV-11296-FDS |

## CERTIFICATION PURSUANT TO RULE 16.1(D)(3)

The undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") and Defendant Experian hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-- and various alternative courses--of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: September 4, 2013    Respectfully submitted,

/s/ Keith M. Kollmeyer

Keith M. Kollmeyer (BBO# 682440)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 449-6905
Facsimile: (617) 449-6999
kkollmeyer@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*


/s/  Jason Scott

Jason Scott
Regulatory Affairs, Compliance Expert
National Consumer Assistance Center
Experian Information Solutions, Inc.
701 Experian Parkway
Allen, Texas 75013

## **CERTIFICATE OF SERVICE**

    I, Keith M. Kollmeyer, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 4, 2013.

Dated: September 4, 2013                    /s/ Keith M. Kollmeyer

                                                        Keith M. Kollmeyer (BBO# 682440)
                                                        JONES DAY
                                                        100 High Street, 21st Floor
                                                        Boston, MA 02110
                                                        Telephone: (617) 449-6905
                                                        Facsimile: (617) 449-6999
                                                        kkollmeyer@jonesday.com