| | |
|---|---|
| RUTH N. THAMES, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. 1:13-cv-11296-FDS |
| PORTFOLIO RECOVERY ASSOCIATES, LLC ET AL., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Mass. R. Civ. P. 41(a)(1)(ii), the plaintiff Ruth N. Thames hereby stipulates and agrees that all claims in the above-entitled action against Portfolio Recovery Associates, LLC, et al. are hereby dismissed with prejudice and without costs. All rights of appeal are hereby waived.

Respectfully submitted,

The Plaintiff,

RUTH N. THAMES

*[signature]*

Ruth N. Thames, Pro Se
74 N. Main Street
Berkeley, MA 02779-1398
Email: Ruthy1965@gmail.com

Dated: Oct 29, 2013

Respectfully submitted,
PORTFOLIO RECOVERY ASSOCIATES, LLC
By Its Attorneys,

/s/ *Andrew M. Schneiderman*
Ranen S. Schechner, BBO #655641
rschechner@hinshawlaw.com
Andrew M. Schneiderman, BBO #666252
aschneiderman@hinshawlaw.com
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
617-213-7000

Date:   November 22, 2013

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Andrew M. Schneiderman*
Andrew M. Schneiderman

34380897v1 0949064