### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH N. THAMES, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:13-cv-11296-FDS |
| | ) |
| vs. | ) |
| | ) |
| GARY H. KREPPEL, THE LAW OFFICES OF GARY H. KREPPEL, DONALD W. SEELEY, JR., CAPITAL ONE BANK, N.A., KENNETH C. WILSON, LUSTIG, GLASER & WILSON, PORTFOLIO RECOVERY ASSOCIATES, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, TRANS UNION LLC, APRIL SURIN, NICHOLE SILVEIRA and WESTERN SKY FINANCIAL, LLC, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff, Ruth N. Thames, and Defendant, Equifax Information Services, LLC ("Equifax"), through its counsel, that any and all claims of the Plaintiff against Defendant Equifax are hereby dismissed with prejudice with each party bearing its own costs. This dismissal shall not dismiss any parties other than Equifax. The parties respectfully request that the Court enter the attached [proposed] order of dismissal of Equifax.

This 6th day of January, 2014.

Respectfully submitted,

**ROBINSON & COLE LLP**

By: _____
Ruth N. Thames
74 N. Main Street
Berkley, MA 02779-1398
*Pro Se Plaintiff*

By: _____
Jason Curtin
One Boston Place
Boston, MA 02108-4404
617-557-5900
*Attorneys for Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH N. THAMES, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:13-cv-11296-FDS |
| | ) |
| vs. | ) |
| | ) |
| GARY H. KREPPEL, THE LAW OFFICES OF GARY H. KREPPEL, DONALD W. SEELEY, JR., CAPITAL ONE BANK, N.A., KENNETH C. WILSON, LUSTIG, GLASER & WILSON, PORTFOLIO RECOVERY ASSOCIATES, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, TRANS UNION LLC, APRIL SURIN, NICHOLE SILVEIRA and WESTERN SKY FINANCIAL, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Ruth N. Thames, against Defendant EQUIFAX INFORMATION SERVICES LLC only, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This ___ day of January, 2014

_____
UNITED STATES DISTRICT COURT JUDGE

RUTH N. THAMES v. GARY H. KREPPEL, et al.
Case No.: 1:13-cv-11296-FDS

**SERVICE LIST**

| | |
|---|---|
| **Pro Se Plaintiff**<br><br>Ruth N. Thames<br>74 N. Main Street<br>Berkley, MA 02779-1398<br>Ruthy11965@gmail.com | |
| **Attorney for Lustig, Glaser & Wilson**<br><br>Brian F. Hogencamp<br>Lustig, Glaser & Wilson P.C.<br>245 Winter Street<br>Suite 300<br>Waltham, MA 02451 | **Attorney for Kenneth C. Wilson**<br><br>Brian F. Hogencamp<br>Lustig, Glaser & Wilson P.C.<br>245 Winter Street<br>Suite 300<br>Waltham, MA 02451 |
| **Attorneys for Trans Union LLC**<br><br>William J. Brinkerhoff<br>Schuckit & Associates, P.C.<br>4545 Northwestern Dr<br>Zionsville, IN 46077<br><br>William R. Brown<br>Schuckit & Associates, P.C<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br><br>Mardic A. Marashian<br>Bonin & Marashian<br>77 Franklin Street<br>Boston, MA 02110 | **Attorneys for Gary H. Kreppel, Donald W. Seeley, Jr., April Surin and Nichole Silveira**<br><br>**Gary H. Kreppel**<br>Law Office of Gary H. Kreppel<br>Suite 590<br>33 Boston Post Road West<br>Framingham, MA 01752<br><br>**Donald W. Seeley, Jr.**<br>The Law Offices of Gary H. Kreppel, P.C..<br>33 Boston Post Road West<br>Suite 590<br>Marlborough, MA 01752 |